

# Fourth Court of Appeals
## San Antonio, Texas

May 23, 2022

No. 04-22-00176-CV

Adonis Zuniga **GOLDWATER**, M.D.,
Appellant

v.

Sylvia G. **VALDEZ**, Individually and as Administrator of the Estate of Josefina Leonor Trevino Gonzalez,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2020CVB001938D3
Justice Sandee Bryan Marion, Judge Presiding

## O R D E R

In this accelerated appeal, appellee's brief originally was due to be filed on May 23, 2022. On May 20, 2022, appellee filed an unopposed motion requesting a thirty-day extension of time to file the brief. Appellee's motion is GRANTED, and appellee is ORDERED to file her brief **no later than June 22, 2022**. **Appellee is advised that further requests for an extension of time to file the brief will be disfavored.**

_Irene Rios_

Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of May, 2022.

_Michael A. Cruz_

Michael A. Cruz,
Clerk of Court